# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OCTAVIO ZAMORANO-DURAN,

Defendant(s).

**NOTICE TO THE COURT OF POSSIBLE RELATED CASE**

Criminal No. 08-197 (MJD/SRN)

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to Criminal No. 00-94 (2) (DSD). **Please note: Do not reference a case that has been filed under seal.** Please follow the sealed procedure in the ECF Criminal Procedures Guide.

__ Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

_x_ Cases involving the same defendant(s), whether the prior cases are open or closed.

__ Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

__ Cases that arise out of the same investigation and have temporal proximity.

__ A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

__ The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

__ Other ______________________________________________________ .

Dated: June 19, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Richard Newberry
BY: Richard Newberry
Assistant U.S. Attorney